AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

TNG WORLDWIDE, INC., a Michigan corporation,

*Plaintiff(s)*

v.

YULIET CONCHADO CASTILLO,

*Defendant(s)*

Civil Action No. 1:23-cv-23692-RAR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YULIET CONCHADO CASTILLO
15892 SW 78 St.
Miami, Florida 33193

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darrell Payne, Esq. (FBN 773300)
STEARNS WEAVER MILLER, ET AL
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Tel: (305) 789-3200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Sep 27, 2023

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court